THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNTRIX BIOSYSTEMS, INC. a Delaware corporation<br><br>*Plaintiff/Counter-Defendant*<br><br>v.<br><br>ILLUMINA, INC., a Delaware Corporation<br><br>*Defendant/ Counter-Plaintiff* | Case No. 3:10-cv-05870-BHS<br><br>**PLAINTIFF SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Note on Motion Calendar: Dec. 28, 2012 |

Plaintiff Syntrix Biosystems, Inc. ("Syntrix") respectfully moves the Court, pursuant to Local Rule 5(g), to seal certain documents filed in connection with its Motion for Partial Summary Judgment. Syntrix requests that the documents be sealed based on Illumina's designation of the information and documents as confidential under the protective order entered in this case on June 20, 2011. Dkt. No. 49 at p. 10. The document subject to this request is as follows:

1. The unredacted version of Exhibit E to Syntrix's Motion for Partial Summary Judgment, the Expert Report of Dr. Michael Metzker.

SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE
UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
3:10-CV-05870-BHS

Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200   Fax 800.404.3970

1   In accordance with Local Rule 5(g)(3), Illumina will provide a specific statement of the
2   applicable legal standard and reasons for keeping the documents under seal in its response to this
3   motion.

4   For these reasons, Syntrix requests that the above-referenced document be sealed.

5   DATED: December 19, 2012                              Respectfully submitted,

6                                                        **BRACEWELL & GIULIANI LLP**

7

8                                                        *s/Christopher Schenck*
                                                         Christopher Schenck (WSBA #37997)
9                                                        chris.schenck@bgllp.com
                                                         701 Fifth Avenue, Suite 6200
10                                                       Seattle, Washington 98104
                                                         Tel: (206) 204-6200
11                                                       Fax: (206) 204-6262

12                                                       Alan D Albright
                                                         alan.albright@bgllp.com
13                                                       111 Congress Avenue, Suite 2300
                                                         Austin, Texas 78701
14                                                       Tel: (512) 472-7800
                                                         Fax: (512) 472-9123
15
                                                         Michael Samardzija
16                                                       michael.samardzija@bgllp.com
                                                         711 Louisiana, Suite 2300
17                                                       Houston TX 77002-2770
                                                         Tel: (713) 223-2900
18                                                       Fax: (800) 404-3970

19
                                                         **NIX, PATTERSON & ROACH LLP**
20
                                                         Derek Gilliland
21                                                       dgilliland@nixlawfirm.com
                                                         205 Linda Drive
22                                                       Daingerfield, TX 75638
                                                         Tel: (903) 645-7333
23                                                       Fax: (903) 645-5389

24

25

26

27

28  SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE
    UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S                    Bracewell & Giuliani
    MOTION FOR PARTIAL SUMMARY JUDGMENT - 2                       701 Fifth Avenue, Suite 6200
    3:10-CV-05870-BHS                                             Seattle, Washington 98104-7043
                                                             Phone 206.204.6200   Fax 800.404.3970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Edward Chin
edchin@me.com
5215 N. O'Connor Blvd., 19th Floor
Irving, TX 75039
Tel: (972) 831-1188
Fax: (972) 444-0716

***Attorneys for Plaintiff
Syntrix Biosystems, Inc.***

SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE
UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
3:10-CV-05870-BHS

Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200   Fax 800.404.3970

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 18 and 19, 2012, counsel for Plaintiff, including Michael Samardzija and Derek Gilliland, conferred by email with counsel for Illumina, Diane Meyers, David Rosenbaum, Brett Dunkelman, Erick Ottoson, and Eric Fraser, about the need to file materials cited in Syntrix's Motion for Partial Summary Judgment under seal. After conferring, the parties were able to minimize the material that needed to be filed under seal by agreeing to a redacted version of several documents. However Illumina confirmed that a redacted version of Exhibit E to Syntrix's Motion for Partial Summary Judgment, the Expert Report of Dr. Michael Metzker, could be filed without being sealed, but that the unredacted version needed to be filed under seal because Illumina contends it contains confidential information. Accordingly and without waiving its right to challenge the confidentiality designation of the materials, Syntrix files this Motion to Seal under Local Rule 5(g) and per the Parties' agreement.

By: *s/Christopher Schenck*
Christopher Schenck

SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE
UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 4
3:10-CV-05870-BHS

Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200   Fax 800.404.3970

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of **PLAINTIFF SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF system on December 19, 2012.

Dated: December 19, 2012

By: *s/Christopher Schenck*
Christopher Schenck

SYNTRIX BIOSYSTEMS, INC.'S MOTION TO SEAL THE
UNREDACTED VERSION OF EXHIBIT E TO SYNTRIX'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 5
3:10-CV-05870-BHS

Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7043
Phone 206.204.6200   Fax 800.404.3970