HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNTRIX BIOSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware Corporation,<br><br>Defendant. | No. 3:10-cv-05870-BHS<br><br>DECLARATION OF JEFFREY G. FRANK IN SUPPORT OF PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NON-PATENT CLAIMS |

Jeffrey G. Frank declares as follows:

1. I am counsel of record for Plaintiff Syntrix Biosystems, Inc., in the above-entitled action. I am of legal age, have personal knowledge of the testimony contained in this declaration, and am otherwise competent to testify.

2. A true and correct copy of U.S. Patent No. 6,951,682 is attached hereto as **Exhibit A**.

3. A true and correct copy of Nondisclosure Agreement between Syntrix Biochip and Illumina, dated Jan. 20, 2000, SYN029754-56, and attached hereto as **Exhibit B**.

4. A true and correct copy of Syntrix multimedia presentation (SYN017711) and attached hereto as **Exhibit C**.

5. A true and correct copy of excerpts of the videotaped deposition of Dr. John Zebala, dated July 23, July 24, August 21, 2012 and attached hereto as **Exhibit D.**

DECLARATION OF JEFFREY G. FRANK - 1
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51266633.1

6.  A true and correct copy of the Dickinson Provisional Patent Application No. 60/181631 (SYN043254-259) attached hereto as **Exhibit E**.

7.  A true and correct copy of excerpts of the videotaped deposition of Jeff Oster, dated August 22, 2012 and attached hereto as **Exhibit F.**

8.  A true and correct copy of the Request for *Ex Parte* Reexamination of U.S. Patent No. 6,951,682 as filed with the United States Patent and Trademark Office attached hereto as **Exhibit G**.

9.  A true and correct copy of excerpts of the videotaped deposition of John R. Stuelpnagel taken June 1, 2012 and attached hereto as **Exhibit H**.

10. A true and correct copy of the *Ex Parte* Reexamination Certificate of U.S. Patent No. 6,951,682 dated June 29, 2010 attached hereto as **Exhibit I**.

11. A true and correct copy of an email from Dr. Barany to Dr. John Zebala dated September 14, 2006 (SYN032234) attached hereto as **Exhibit J**.

12. A true and correct copy of correspondence from Mr. Jeff Oster to Mr. Chris Cabou dated January 24, 2007 (ILMN_SYNTRIX0225369-70) attached hereto as **Exhibit K**.

13. A true and correct copy of correspondence from Mr. Jeff Oster to Mr. Chris Cabou dated August 11, 2007 (ILMN_SYNTRIX0225358-64) attached hereto as **Exhibit L**.

14. A true and correct copy of correspondence from Mr. Jeff Oster to Mr. Chris Cabou dated February 1, 2008 (ILMN_SYNTRIX0225435-37) attached hereto as **Exhibit M**.

Executed at Seattle, Washington, on Thursday, December 20, 2012.

*s/Jeffrey G. Frank*
Jeffrey G. Frank, WSBA # 16287

DECLARATION OF JEFFREY G. FRANK - 2
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51266633.1

Certificate of Service

The undersigned certifies that on *Thursday, December 20, 2012*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| NAME: | Christopher Schenck, Michael R. Samardzija, Robert M Crowley, Brad Beckworth, Alan D Albright, Derek Gilliland, Barry K. Shelton, Anthony K. Bruster, Brian Nash, Edward Chin, Ralph D. McBride, Bradley P. Thoreson, Bradley J. Benoit, Jeffrey G. Frank |
| EMAIL ADDRESS: | Email: chris.schenck@bgllp.com<br>Email: robert.crowley@bgllp.com<br>Email: alan.albright@bgllp.com<br>Email: barry.shelton@bgllp.com<br>Email: brian.nash@bgllp.com<br>Email: ralph.mcbride@bgllp.com<br>Email: brad.benoit@bgllp.com<br>Email: michaels@bgllp.com<br>Email: bbeckworth@nixlawfirm.com<br>Email: dgilliland@nixlawfirm.com<br>Email: akbruster@nixlawfirm.com<br>Email: edchin@me.com<br>Email: thorb@foster.com<br>Email: fraje@foster.com |
| REPRESENTING: | Plaintiff Syntrix Biosystems, Inc. |
| NAME: | Diane M. Meyers, David C. Lundsgaard, David B. Rosenbaum, Brett L. Dunkelman, Erick S. Ottoson, Erik M. Fraser |
| EMAIL ADDRESS: | Email: dmeyers@grahamdunn.com<br>Email: dlundsgaard@grahamdunn.com<br>Email: drosenbaum@omlaw.com<br>Email: bdunkelman@omlaw.com<br>Email: eottoson@omlaw.com<br>Email: efraser@omlaw.com |
| REPRESENTING: | Defendant Illumina, Inc. |

DATED December 20, 2012 in Seattle, Washington.

*s/s Jeffrey G. Frank*
Jeffrey G. Frank

DECLARATION OF JEFFREY G. FRANK - 3
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51266633.1