HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNTRIX BIOSYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ILLUMINA, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　　Defendant. | No. 3:10-cv-05870-BHS<br><br>**PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT** |

**MOTION**

Pursuant to Civil Local Rules 5(g) and 7(d)(2), Plaintiff Syntrix Biosystems, Inc. ("Syntrix") respectfully responds to Illumina, Inc.'s ("Illumina") Motion to Seal Documents related to Illumina's Motion for Summary Judgment on Syntrix's Patent Claim ("Illumina's Motion"). Syntrix requests that the following documents be sealed because Syntrix believes that these exhibits contain confidential information of Syntrix and should be designated as confidential under the parties' confidentiality agreement.

　　1.　　The unredacted version of Illumina's Motion, Dkt. # 101.

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 1
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267282.1

2. Exhibit C to the Second Declaration of Erick Ottoson in support of Illumina's Motion, Dkt. # 102, containing excerpts from the Expert report of Dr. Metzker (rebuttal): Pages 171 and 182-87.

3. Exhibit D to the Second Declaration of Erick Ottoson in support of Illumina's Motion, Dkt. # 102, containing excerpts from the Deposition transcript of Dr. Metzker: Pages 181-82.

4. Exhibit E to the Second Declaration of Erick Ottoson in support of Illumina's Motion, Dkt. # 102, containing excerpts from the Deposition transcript of Dr. Zebala: Pages 147, 618-21, 634, 640-41, and 662-63.

Pursuant to the Protective Order issued by the Court on June 20, 2011, both parties are permitted to file materials designated as confidential by the other party. Dkt. # 49 at p. 10. Such documents are to remain under seal upon Court approval. *Id*. When, as here, a protective order exists, and a party files a confidential document it obtained from another party, the party who designated the document confidential must provide a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary. Local Rules W.D. Wash. LCR 5(g)(3). This requirement may be satisfied in the designating party's response to the motion to seal. *Id*.

There is a "strong presumption of public access to the court's files." *Id*. at LCR 5(g). However, this presumption may be overcome by providing "sufficiently compelling reasons" overriding the public policies favoring disclosure. *In re Midland Nat'l Life Ins. Co.*, 686 F.3d 1115, 1119 (9th Cir. 2012). "Protection of trade secrets is a compelling reason for sealing

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 2
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267282.1

documents from public disclosure." *D.C. v. Sears, Roebuck & Co.*, 2007 U.S. Dist. LEXIS 66391 at *3 (W.D. Wash. Sept. 7, 2007).

As shown in the supporting Declaration of Syntrix's President and CEO, Dr. John Zebala, there are sufficiently compelling reasons to seal the documents described herein.

**1.   Pages 171 and 182-87 of the Expert Report of Dr. Metzker (rebuttal).** These pages include discussion of Dr. John Zebala's combinatory approach using synthetic matrix technology to get ever increasing numbers of different compounds attached. Zebala Decl. ¶ 3. Details contained in the identified pages of Dr. Metzker's Report are taken from Dr. Zebala's unpublished experiments and results from his notebook. *Id*. Such information remains undisclosed to the public and thereby retains significant economic value. *Id*. Syntrix considers this information confidential, and it has only been shared pursuant to confidentiality agreements. *Id*.

**2.   Pages 181-82 of the Deposition Transcript of Dr. Metzker.** These deposition pages contain discussion about experiments and calculations contained in Dr. Zebala's notebook pertaining to spinning out porous coating. Zebala Decl. ¶ 4. As noted above, the experiments and calculations contained in Dr. Zebala's notebook are unpublished and possess significant value to Syntrix. *Id*. Consequently, Syntrix considers this information confidential. *Id*.

**3.   Pages 147, 618-21, 634, 640-41, and 662-63 of the Deposition Transcript of Dr. Zebala.** These pages contain references to experiments and results from Dr. Zebala's unpublished lab notebook. Zebala Decl. ¶ 5. For the reasons outlined above, Syntrix treats such information as confidential. *Id*. at ¶¶ 3–4.

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO
ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO
ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 3
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267282.1

As part of this response, and for the reasons listed above, Syntrix requests that the Court also order the sealing of Illumina's unredacted Motion.

Syntrix considers all information described in this response and the referenced documents, reports, and transcripts to be confidential. Syntrix has only provided this information for use in this litigation pursuant to the protective order agreed to by the parties and filed by the Court. Syntrix believes that disclosure of this information would undermine efforts to maintain its secrecy and thereby eliminate its value. Accordingly, Syntrix respectfully requests that the Court enter an order sealing: (1) the unredacted version of Illumina's Motion; (2) Exhibit C to the Second Declaration of Erick Ottoson in support of Illumina's Motion, containing excerpts from the Expert report of Dr. Metzker (rebuttal): Pages 171 and 182-87; (3) Exhibit D to the Second Declaration of Erick Ottoson in support of Illumina's Motion, containing excerpts from the Deposition transcript of Dr. Metzker: Pages 181-82; and (4) Exhibit E to the Second Declaration of Erick Ottoson in support of Illumina's Motion, containing excerpts from the Deposition transcript of Dr. Zebala: Pages 147, 618-21, 634, 640-41, and 662-63.

Dated: December 26, 2012

Respectfully submitted,

**FOSTER PEPPER, PLLC**

*s/ Jeffrey G. Frank*
Bradley P. Thoreson (WSBA #18190)
thorb@foster.com
Jeffrey G. Frank
fraje@foster.com (WSBA #16287)
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: 206-447-4400
Fax: 206-749-1923

**BRACEWELL & GIULIANI LLP**

Christopher Schenck (WSBA #37997)

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 4
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267282.1

|   |   |
|---|---|
| 1 | chris.schenck@bgllp.com |
|   | Robert M. Crowley (WSBA #37953) |
| 2 | Robert.Crowley@bgllp.com |
|   | 701 Fifth Avenue, Suite 6200 |
| 3 | Seattle, Washington 98104 |
|   | Tel: 206-204-6200 |
| 4 | Fax: 206-204-6262 |

Alan D Albright
alan.albright@bgllp.com
Barry K. Shelton
barry.shelton@bgllp.com
Brian Nash
brian.nash@bgllp.com
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Tel: 512-472-7800
Fax: 512-472-9123

Ralph D. McBride
ralph.mcbride@bgllp.com
Bradley J. Benoit
brad.benoit@bgllp.com
Michael R. Samardzija
michaels@bgllp.com
711 Louisiana
2300 S. Tower, Pennzoil Place
Houston TX 77002-2770

**NIX, PATTERSON & ROACH LLP**
Brad Beckworth
bbeckworth@nixlawfirm.com
Derek Gilliland
dgilliland@nixlawfirm.com
205 Linda Drive
Daingerfield, TX 75638
Tel: 903-645-7333
Fax: 903-645-5389

Anthony K. Bruster
akbruster@nixlawfirm.com
Edward Chin
edchin@me.com
5215 N. O'Connor Blvd., 19th Floor
Irving, TX 75039
Tel: 972-831-1188
Fax: 972-444-0716

*Counsel for Plaintiff Syntrix Biosystems, Inc.*

---

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO
ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO
ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 5
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51267282.1

## CERTIFICATE OF CONFERENCE

In compliance with LCR 5(g) and the procedure outlined in the Protective Order, counsel for Plaintiff, Michael Samardzija, Derek Gilliland, and others, conferred via email with counsel for Illumina, Diane Meyers, Eric Fraser, and others, on December 17 and 18, 2012, about the need to file materials cited in Illumina's Motion for Partial Summary Judgment under seal.  After conferring, the parties were able to minimize the material that needed to be filed under seal by agreeing to withdraw some confidentiality designations and agreeing to redacted versions of some documents.  However, Syntrix maintains that the documents described above should be filed under seal, as they constitute confidential Syntrix information.  Accordingly, Syntrix files this Response to Illumina's Motion to Seal under Local Rule 5(g) and per the Parties' agreement.

DATED December 26, 2012 in Seattle, Washington.

*s/s Jeffrey G. Frank*
Jeffrey G. Frank

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO
ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO
ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 6
Case No. 3:10-cv-05870-BHS

51267282.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

## Certificate of Service

The undersigned certifies that on *Wednesday, December 26, 2012*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| NAME: | Christopher Schenck, Michael R. Samardzija, Robert M Crowley, Brad Beckworth, Alan D Albright, Derek Gilliland, Barry K. Shelton, Anthony K. Bruster, Brian Nash, Edward Chin, Ralph D. McBride, Bradley P. Thoreson, Bradley J. Benoit, Jeffrey G. Frank |
| EMAIL ADDRESS: | Email: chris.schenck@bgllp.com<br>Email: robert.crowley@bgllp.com<br>Email: alan.albright@bgllp.com<br>Email: barry.shelton@bgllp.com<br>Email: brian.nash@bgllp.com<br>Email: ralph.mcbride@bgllp.com<br>Email: brad.benoit@bgllp.com<br>Email: michaels@bgllp.com<br>Email: bbeckworth@nixlawfirm.com<br>Email: dgilliland@nixlawfirm.com<br>Email: akbruster@nixlawfirm.com<br>Email: edchin@me.com<br>Email: thorb@foster.com<br>Email: fraje@foster.com |
| REPRESENTING: | Plaintiff Syntrix Biosystems, Inc. |
| NAME: | Diane M. Meyers, David C. Lundsgaard, David B. Rosenbaum, Brett L. Dunkelman, Erick S. Ottoson, Erik M. Fraser |
| EMAIL ADDRESS: | Email: dmeyers@grahamdunn.com<br>Email: dlundsgaard@grahamdunn.com<br>Email: drosenbaum@omlaw.com<br>Email: bdunkelman@omlaw.com<br>Email: eottoson@omlaw.com<br>Email: efraser@omlaw.com |
| REPRESENTING: | Defendant Illumina, Inc. |

DATED December 26, 2012 in Seattle, Washington.

*s/s Jeffrey G. Frank*
Jeffrey G. Frank

PLAINTIFF SYNTRIX BIOSYSTEMS' RESPONSE TO ILLUMINA'S MOTION TO SEAL DOCUMENTS RELATED TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT - 7
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51267282.1