UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYNTRIX BIOSYSTEMS, INC., a Delaware corporation,

    Plaintiff,

v.

ILLUMINA, INC., a Delaware Corporation,

    Defendant.

No. 3:10-cv-05870-BHS

**ORDER GRANTING MOTION TO SEAL**

The Court having reviewed Illumina's Motion to Seal, Syntrix's Response thereto, and the Declaration in Support of Syntrix's Response, and good cause appearing, hereby ORDERS that:

1. Illumina's Unredacted Motion for Summary Judgement on Syntrix's Patent Claims, Dkt. # 101, will remain sealed.

2. Exhibit C to the Second Declaration of Erick Ottoson in support of Illumina's Motion for Summary Judgement on Syntrix's Patent Claims, Dkt. # 102, will remain sealed.

3. Exhibit D to the Second Declaration of Erick Ottoson in support of Illumina's Motion for Summary Judgement on Syntrix's Patent Claims, Dkt. # 102, will remain sealed.

ORDER GRANTING MOTION TO SEAL - 1
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51267289.1

4. Exhibit E to the Second Declaration of Erick Ottoson in support of Illumina's Motion for Summary Judgement on Syntrix's Patent Claims, Dkt # 102, will remain sealed.

Dated this 15th day of January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Respectfully submitted,

**FOSTER PEPPER, PLLC**

*s/Jeffrey G. Frank*_____
Bradley P. Thoreson (WSBA #18190)
thorb@foster.com
Jeffrey G. Frank
fraje@foster.com (WSBA #16287)
1111 Third Avenue, Suite 3400
Seattle, WA  98101
Tel: 206-447-4400
Fax: 206-749-1923

**BRACEWELL & GIULIANI LLP**

Christopher Schenck (WSBA #37997)
chris.schenck@bgllp.com
Robert M. Crowley (WSBA #37953)
Robert.Crowley@bgllp.com
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104
Tel: 206-204-6200
Fax: 206-204-6262

ORDER GRANTING MOTION TO SEAL - 2
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51267289.1

Alan D Albright
alan.albright@bgllp.com
Barry K. Shelton
barry.shelton@bgllp.com
Brian Nash
brian.nash@bgllp.com
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Tel: 512-472-7800
Fax: 512-472-9123

Ralph D. McBride
ralph.mcbride@bgllp.com
Bradley J. Benoit
brad.benoit@bgllp.com
Michael R. Samardzija
michaels@bgllp.com
711 Louisiana
2300 S. Tower, Pennzoil Place
Houston TX 77002-2770

**NIX, PATTERSON & ROACH LLP**
Brad Beckworth
bbeckworth@nixlawfirm.com
Derek Gilliland
dgilliland@nixlawfirm.com
205 Linda Drive
Daingerfield, TX 75638
Tel: 903-645-7333
Fax: 903-645-5389

Anthony K. Bruster
akbruster@nixlawfirm.com
Edward Chin
edchin@me.com
5215 N. O'Connor Blvd., 19th Floor
Irving, TX 75039
Tel: 972-831-1188
Fax: 972-444-0716

*Counsel for Plaintiff Syntrix Biosystems, Inc.*

ORDER GRANTING MOTION TO SEAL - 3
Case No. 3:10-cv-05870-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51267289.1