UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNTRIX BIOSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. | CASE NO. C10-5870 BHS <br><br> JUDGMENT IN A CIVIL ACTION |

The Court has ordered that:

Plaintiff Syntrix Biosystems, Inc., recover from Defendant Illumina, Inc., 1) the total amount of one hundred fifteen million, one hundred six thousand, one hundred five dollars ($115,106,105), which is the verdict amount of ninety-five million, seven hundred ninety-five thousand, five hundred seven dollars ($95,795,507); prejudgment interest in the amount of seven million, two hundred thousand, four hundred dollars ($7,200,400) through June 5, 2013 plus fourteen days at the daily rate of five thousand, one hundred ninety-five dollars ($5,195), which is seventy two thousand, seven hundred thirty dollars ($72,730); and supplemental damages in the amount of twelve million, thirty-seven thousand, four hundred sixty-eight dollars ($12,037,468), and 2) an ongoing royalty at the rate of 8% per infringing sale.

ORDER - 1

1  This action was:

2  Tried by a jury with Judge Benjamin H. Settle presiding, and the jury has rendered a
verdict.
3

4  Dated this 19th day of June, 2013.

5  _____
Gretchen Craft, Courtroom Deputy
6