Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SYNTRIX BIOSYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ILLUMINA, INC., <br><br> Defendant. | No. 3:10-cv-05870-BHS <br><br> STIPULATION FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY <br><br> NOTE ON MOTION CALENDAR: <br> November 18, 2014 |

Pursuant to LCR 67(b), Illumina and Syntrix hereby stipulate to the disbursement of funds deposited into the court's registry. A principal amount of $33,506,823 has been deposited into the Court's registry pursuant to the Amended Judgment (Dkt. #359). The entire principal balance of $33,506,823 should be disbursed to plaintiff, payable to Nix, Patterson & Roach in Trust for Syntrix Biosystems, Inc, plus all accrued interest minus any statutory user fees. Pursuant to LCR 67(b), the mailing address and tax identification number for Syntrix Biosystems' counsel, Nix, Patterson & Roach, will be provided directly to the Clerk.

//

//

//

//

//

STIPULATION FOR DISBURSEMENT OF
FUNDS FROM COURT REGISTRY -- 1

No. 3:10-cv-05870-BHS
m42880-2233230.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

STIUPLATED TO THIS 18th day of November, 2014.

By   s/Derek Gilliland
Derek Gilliland
Edward Chin
NIX, PATTERSON & ROACH LLP
Email: dgilliland@nixlawfirm.com
Email: edchin@me.com

William F. Lee
Louis W. Tompros
WILMER CUTLER PICKERING HALE
AND DORR LLP
Email: Wiliam.Lee@wilmerhale.com
Email: Louis.Tompros@wilmerhale.com

*Attorneys for Plaintiff Syntrix Biosystems Inc.*

By   s/ Diane M. Meyers
Diane M. Meyers, WSBA# 40729
GRAHAM & DUNN PC
Email: dmeyers@grahamdunn.com

*Attorneys for Defendant Illumina, Inc.*

## ORDER

Pursuant to the STIPULATION, it is so ORDERED that:

The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $33,506,823 plus all accrued interest, minus any statutory user fees, payable to Nix, Patterson & Roach in Trust for Syntrix Biosystems, Inc.

DATED this 19 day of November, 2014.

_____
The Honorable Benjamin H. Settle

STIPULATION FOR DISBURSEMENT OF
FUNDS FROM COURT REGISTRY -- 2

No. 3:10-cv-05870-BHS
m42880-2233230.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Diane M. Meyers*

STIPULATION FOR DISBURSEMENT OF
FUNDS FROM COURT REGISTRY -- 3

No. 3:10-cv-05870-BHS
m42880-2233230.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599